# Court of Appeals
# of the State of Georgia

ATLANTA,  September 01, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0137. SUWANEE PLAZA, LLC v. L & W SUPPLY CORPORATION, A FOREIGN CORPORATION d/b/a BUILDING SPECIALTIES**

This appeal was docketed on August 10, 2021, and the brief of appeallant was due 20 days later, on August 30, 2021. The due date has passed, and appellant Suwanee Plaza, LLC has not filed a brief. Accordingly, Suwanee Plaza, LLC's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/01/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*